UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LEE, | : |
| Plaintiff | : |
| v. | : CIVIL NO. 3:CV-05-068 |
| CHARLES ERICSON, ET AL., | : (Judge Kosik) |
| Defendants | : |

# O R D E R

     **NOW, THIS 25th DAY OF APRIL, 2005,** upon consideration of Defendants' Motion to Stay Discovery pending resolution by the court of their Motion to Dismiss the Complaint (Doc. 14), **IT IS HEREBY ORDERED THAT** said motion is **granted**.[1]

                                                      s/Edwin M. Kosik
                                                    United States District Judge

---

[1] In their motion to dismiss, defendants raise both exhaustion and failure to state a claim as grounds for dismissing the complaint in this action.  Because resolution on either of these issues in favor of defendants would dispose of the claims raised by plaintiff in the complaint, a stay of discovery at this point is warranted to avoid any unnecessary time and expense in conducting and responding to discovery in the above matter.