UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LEE, | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : CIVIL NO. 3:CV-05-0068 |
| | : |
| CHARLES ERICSON, et al., | : (Judge Kosik) |
| | : |
| Defendants | : |

**O R D E R**

**NOW, THIS 21st DAY OF APRIL, 2006, IT IS HEREBY ORDERED THAT:**

1. All discovery shall be completed within thirty (30) days of the date of this order.

2. Dispositive motions, if any, shall be filed within thirty (30) days of the close of discovery.

                                                                          s/Edwin M. Kosik
                                                              United States District Judge